UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

MERVIN RHYMES,

Defendant.

---

No. 25-CR-244 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that defendant's bail conditions are as follows:

- Pretrial Services supervision as directed.

- Travel restricted to the Southern District of New York and Eastern District of New York.

- Surrender all passports and make no new applications.

- Seek and maintain verifiable employment.

- The defendant shall not maintain personal identifying information of others outside of his family members.

- The defendant can be released today on a $100,000 bond on his own signature and shall be co-signed by 2 financially responsible people. The defendant shall have one week to satisfy the bond.

SO ORDERED.

Dated:   May 29, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge