# EBANKS LAW FIRM, PLLC

ATTORNEYS AT LAW
20 VESEY STREET, SUITE 500
NEW YORK, NEW YORK 10007
p: (212)-766-4434
f: (212)-766-5899
www.ebankslawfirm.com

November 20th, 2025

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: 25-CR-244 (JGK) United States v. Mervin Rhymes

Dear Judge Koeltl:

It is our understanding that Pretrial Services will transfer custody of Mr. Rhymes's passport to the Department of State upon his surrender to the custody of the Bureau of Prisons (*United States v. Trimmingham*, No. 25 Cr. 243 (JGK), Dkt. 25). Your Honor previously approved for Mr. Jerome Bethea to retrieve the passport of Ms. Trimmingham, Mr. Rhymes's domestic partner and co-defendant, upon her surrender to the Bureau. Given the above, please accept this as a formal request for Mr. Jerome Bethea to also take possession of Mr. Rhymes's passport upon his surrender to the Bureau of Prisons, which is currently scheduled for January 30, 2026.

Respectfully submitted,

Alberto Ebanks | AE4210
*Attorney for Defendant, Mervin Rhymes*
The Ebanks Law Firm, PLLC

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
11/20/25