UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

　　　　　- against -

MERVIN RHYMES

　　　　　　　　Defendant.

25-cr-244 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court is in receipt of the attached letters, dated April 8, 2026, which purport to be sent by the defendant's brother, David Rhymes. The letters request a reduction in sentence or compassionate release on behalf of the defendant pursuant to 18 U.S.C. § 3582(c)(1)(A). Section 3582(c)(1)(A) provides for a reduction in sentence in certain circumstances "upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." 18 U.S.C. § 3582(c)(1)(A) (emphasis added).

The current motion does not comply with the requirements of § 3582(c)(1)(A). It does not indicate that a request has been made to the warden and the passage of thirty (30) days, and it is not made by the defendant.

Nevertheless, the letters raise a serious medical issue in that they allege that the defendant has been diagnosed with cancer and that the condition requires intensive treatment.

The Government should respond to the request within fourteen (14) days and, at the least, provide a report on the defendant's condition and treatment.

The Clerk is respectfully requested to mail a copy of this Order to David Rhymes at the following address:

David Rhymes
150-41 75th Rd., 2D
Flushing, NY 11367

The Clerk is also requested to email a copy of this Order to davidrhymes98@gmail.com. The Clerk is also requested to mail a copy of this Order to the defendant and to note mailing on the docket.

**SO ORDERED.**

**Dated:    New York, New York**
**          April 24, 2026**

John G. Koeltl
United States District Judge

2

# EARLY RELEASE / COMPASSIONATE RELEASE - REQUEST LETTER

David Rhymes

150-41 75th Rd 2D

Flushing, NY 11367

davidrhymes98@gmail.com

4/8/2026

Fort Dix FCI

5756 Hartford & Pointville Rd, Joint Base MDL NJ 08640



RECEIVED

APR 2 4 2026

CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.



Re: Compassionate Release Request for Inmate [Mervin Rhymes], Reg. No. [85979-511]

To Whom It May Concern,

I am writing to formally request compassionate release or a reduction in sentence for Inmate Mervin Rhymes, Reg. No. [85979-511], currently housed at [Fort Dix FCI], on the basis of a serious and life-threatening medical condition. This request is made pursuant to 18 U.S.C. § 3582(c)(1)(A) and the Bureau of Prisons Program Statement on Compassionate Release/Reduction in Sentence.

[Mervin Rhymes] has been diagnosed with cancer, a condition that significantly compromises their health and ability to function within the correctional environment. According to the medical documentation provided by the institution's healthcare staff, the illness is progressive, requires intensive treatment, and has resulted in a substantial decline in physical capacity. The prognosis indicates that continued incarceration poses unnecessary hardship and may impede access to consistent, specialized medical care.

Beyond the medical urgency, [Mervin Rhymes] has demonstrated exemplary conduct, strong rehabilitation efforts, and a commitment to personal growth during their incarceration. They have maintained a positive institutional record, participated in available programming, and shown genuine remorse and accountability for their past actions.

A stable and supportive release plan is in place. Upon release, [Mervin Rhymes] will reside at 257 Westend Ave, Freeport, NY 11520, where they will have access to medical care, transportation, emotional support, and supervision. The family is fully prepared to ensure compliance with any conditions imposed by the Court or the Bureau of Prisons.

Given the severity of the medical condition, the diminished risk to public safety, and the humanitarian considerations recognized under federal law, I respectfully request that the Bureau of Prisons approve this petition for compassionate release or reduction in sentence. Allowing **Mervin Rhymes** to receive treatment in a community setting would uphold the principles of dignity, compassion, and justice.

Thank you for your time, attention, and consideration of this urgent matter. I am prepared to provide any additional information or documentation needed to support this request.

Sincerely, **[David Rhymes] Brother**

Cc:

Mervin Rhymes

Charles Shumer

Kristen Gittibrand

25 cr 244

# EARLY RELEASE / COMPASSIONATE RELEASE - REQUEST LETTER

David Rhymes

150-41 75th Rd 2D

Flushing, NY 11367

davidrhymes98@gmail.com

4/8/2026

Fort Dix FCI

5756 Hartford & Pointville Rd, Joint Base MDL NJ 08640


RECEIVED
APR 2 4 2026
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

Re: Compassionate Release Request for Inmate [Mervin Rhymes], Reg. No. [85979-511]

Dear Judge ABRAMS

I am writing on behalf of my loved one, Inmate Mervin Rhymes, Reg. No. 85979-511, who is currently incarcerated at Fort Dix FCI. Our family is urgently requesting compassionate release or a reduction in sentence due to his diagnosis of Cancer , a life-threatening condition that has severely impacted their health and ability to function independently.

Over the past months, we have watched their condition worsen. The cancer has caused him to visit the hospital and have his stomach drained where they found cancerous cells. The treatment required is intensive, specialized, and emotionally overwhelming. While we appreciate the efforts of the institution's medical staff, it is clear that Mervin Rhymes needs consistent, specialized care that is difficult to provide in a correctional environment.

Our family is prepared to take full responsibility for providing a stable, supportive home and ensuring access to immediate medical treatment. Upon release, Mervin Rhymes will reside at 257 Westend Ave, Freeport NY 11520, where they will have transportation to appointments, 24-hour support, and a safe Throughout their incarceration, Mervin Rhymes has shown genuine remorse, maintained good conduct, and worked hard to better themselves. Their illness has significantly reduced any risk they could pose to the community.

We are asking for compassion during this devastating time. Allowing Mervin Rhymes to come home would give them the dignity, comfort, and family support they desperately need while facing a life-threatening illness.

Thank you for your time and consideration. Our family is ready to provide any additional information or documentation needed.

Mr. Rhymes needs an environment to focus on treatment and comfort.

Sincerely, David Rhymes Relationship to Inmate:  Brother]

Cc:

Mervin Rhymes

Charles Shumer

Kristen Gillibrand