UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

MERVIN RHYMES,

Defendant.

25-cr-244 (JGK)

Order

---

**John G. Koeltl, District Judge:**

The request for compassionate release for the defendant that was made by the defendant's brother (ECF No. 25) is **denied**.

The request is defective because it was not filed by the defendant. See 18 U.S.C. § 3582(c)(1)(A). Moreover, a request for compassionate release requires that a request be made to the Bureau of Prisons and that at least thirty days pass after the request is submitted, or that the request is made by the Bureau of Prisons. See id. This requirement has not been satisfied. Therefore, the motion for compassionate release filed by the defendant's brother is **denied**.

The Clerk is respectfully requested to mail a copy of this Order to the defendant and to note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
          May 14, 2026

_____
John G. Koeltl
United States District Judge