UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

MERVIN RHYMES,

                    Defendant.

---

25-cr-244 (JGK)

<u>Order</u>

**John G. Koeltl, District Judge:**

In response to the attached letter from the defendant's brother, the Government is requested to provide a current report on the defendant's medical condition by **June 26, 2026**.

The Government is also requested to provide a status report on any application by the defendant to the Bureau of Prisons for compassionate release by **June 26, 2026**.

The Clerk is respectfully requested to mail a copy of this Order to the defendant and to note mailing on the docket. The Clerk is also requested to email a copy of this order to davidrhymes98@gmail.com.

SO ORDERED.

Dated:    New York, New York
          June 22, 2026

                                              John G. Koeltl
                                       United States District Judge