**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

**- against -**

**MERVIN RHYMES,**

**Defendant.**

---

**25-cr-244 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The Government is directed to ensure forthwith that a release plan is in place for the defendant so that, should the Court grant the defendant's motion for compassionate release, his release is not delayed.

The Clerk is respectfully requested to mail a copy of this Order to the defendant and to note mailing on the docket. The Clerk is also requested to email a copy of this Order to davidrhymes98@gmail.com and tralo143@aol.com.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 7, 2026**

**John G. Koeltl**
**United States District Judge**