UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

MERVIN RHYMES,

Defendant.

25-cr-244 (JGK)

Order

**John G. Koeltl, District Judge:**

The Court is in receipt of the attached correspondence from the defendant's family requesting an update on the status of the defendant's motion for compassionate release. The Court is evaluating the defendant's motion, and the Government is drafting a potential release plan for the defendant.

The Clerk is respectfully requested to mail a copy of this Order to the defendant and to note mailing on the docket. The Clerk is also requested to email a copy of this Order to davidrhymes98@gmail.com and tralo143@aol.com.

**SO ORDERED.**

**Dated:** New York, New York
July 7, 2026

John G. Koeltl
United States District Judge

June 30, 2026

RECEIVED
JUL 07 2026
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

The Honorable John G. Koeltl
United States District Judge
Southern District of New York

**Re: Mervin Rhymes, Register No. 85979-511**
**Reference: Family Letter dated June 11, 2026**

Dear Judge Koeltl:

My name is Tracey Rhymes, and I am the sister-in-law of Mervin Rhymes. I am writing on behalf of the Rhymes family regarding Mr. Rhymes' rapidly declining health and to respectfully request your consideration of his current medical circumstances.

Mr. Rhymes has been diagnosed with cancer and is reportedly suffering from other serious medical conditions. Our family has been unable to speak with him for approximately two months. During that time, we have learned that he was transferred from one hospital to another, yet we have received no meaningful updates regarding his condition, prognosis, or current location.

We understand that there are legal and privacy limitations regarding the disclosure of medical information. However, the complete lack of communication has left our family deeply concerned for Mr. Rhymes' well-being and uncertain about the care he is receiving during this critical stage of his illness.

Despite repeated efforts to obtain information from the correctional facility and from Mr. Moore, whom we understand has been serving as an advocate, we have been unable to receive any response or update. As his family, we are simply seeking reassurance that he is receiving appropriate medical care and, if possible, the opportunity to communicate with him.

We also understand that Mr. Rhymes signed the necessary compassionate release paperwork and provided the completed form to Mr. Moore well over a month ago. When we have inquired about the status of that request, we have repeatedly been told only that it is "with the higher-ups." We have not been given any explanation of who is reviewing the request, where it currently stands, or why there has been such a lengthy delay despite the urgency of Mr. Rhymes' medical condition. We respectfully ask for any assistance the Court can provide in helping us understand the status of this matter and ensuring that his request is being handled as promptly as possible.

We understand that a motion for compassionate release has been submitted on Mr. Rhymes' behalf. In light of his serious medical condition, we respectfully ask that his request receive the fullest consideration permitted under the law. We ask that his current health status and humanitarian circumstances be carefully considered as the Court reviews his case.

Our family recognizes and respects the authority of the Court. We are not seeking to revisit the sentence that was imposed, but rather to ensure that Mr. Rhymes is afforded dignity, compassion, and appropriate consideration in light of his terminal illness and rapidly declining health.

This matter is extremely time-sensitive. We respectfully ask for any assistance or consideration the Court is able to provide. Above all, we hope that Mr. Rhymes will be afforded the opportunity to spend whatever time he has remaining with his loved ones, should the Court find such relief appropriate under the law.

Thank you for your service, your time, and your thoughtful consideration of our family's concerns.

Respectfully submitted,

**Tracey Rhymes**
Sister-in-Law of Mervin Rhymes

**David Rhymes**
Brother of Mervin Rhymes

On behalf of the Rhymes Family

**Phone:** 929-257-9380 | 917-500-1392
**Email:** davidrhymes98@gmail.com | tralo143@aol.com