**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

**- against -**

**MERVIN RHYMES,**

**Defendant.**

**25-cr-244 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The Court received the attached communication from the family of Mervin Rhymes. The Government is requested to facilitate telephone communication between Mr. Rhymes and his family.

The Government is also requested to advise the Court by **July 21, 2026**, of the status of the potential release plan for Mr. Rhymes as indicated in this Court's July 8, 2026 Order.

The Clerk is respectfully requested to mail a copy of this Order to the defendant and to note mailing on the docket. The Clerk is also requested to email a copy of this Order to davidrhymes98@gmail.com and tralo143@aol.com.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 14, 2026**

**John G. Koeltl**
**United States District Judge**

Outlook

**FW: 25cr244 Rhymes 7-6-26 (2).pdf**

**From** Andrea Petitti <Andrea_Petitti@nysd.uscourts.gov>
**Date** Tue 7/14/2026 9:32 AM
**To** Donnie Fletcher <Donnie_Fletcher@nysd.uscourts.gov>; Koeltl NYSD Chambers <KoeltlNYSDChambers@nysd.uscourts.gov>
**Cc** Lourdes Aquino <Lourdes_Aquino@nysd.uscourts.gov>; Tiffany Savinon <Tiffany_Savinon@nysd.uscourts.gov>; Kimberly Curcio <Kimberly_Curcio@nysd.uscourts.gov>; Nicholas Brucato <Nicholas_Brucato@nysd.uscourts.gov>

Good Morning, I have received this email below. Please advise. Thank you.

---

**From:** David Rhymes <davidrhymes98@gmail.com>
**Sent:** Tuesday, July 14, 2026 8:20 AM
**To:** Andrea Petitti <Andrea_Petitti@nysd.uscourts.gov>
**Subject:** Re: 25cr244 Rhymes 7-6-26 (2).pdf

**CAUTION - EXTERNAL:**

Good morning,

I previously sent a letter to the Judge regarding the lack of communication with Mervin. Unfortunately, we still have not heard from him.

We also reached out to a BOP executive, who informed us last week that Mervin would be calling. However, we have not received any communication since then.

If possible, could someone please assist us in getting some form of communication established? We would greatly appreciate any help or guidance you can provide.

Thank you for your time and consideration.

On Wed, Jul 8, 2026 at 10:58 AM Andrea Petitti <Andrea_Petitti@nysd.uscourts.gov> wrote:

> Please see attached. Thank you.
>
> Andrea Petitti
> Criminal Case Operations Clerk
> 300 Quarropas Street
> White Plains, New York 10601
> (914) 390-4007

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.