**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

**- against -**

**MERVIN RHYMES,**

**Defendant.**

---

**25-cr-244 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

By Memorandum Opinion and Order dated July 22, 2026, the Court reduced the defendant's term of imprisonment to time served, to be followed immediately by the term of two years' supervised release originally imposed by the Judgment entered on October 27, 2025. ECF No. 19 (the "Original Judgment"). The defendant's term of supervised release is subject to the mandatory, standard, and special conditions of supervised release listed on pages 3 and 4 of the Original Judgment.

The Government is directed to transport the defendant promptly to the Eastern District of New York, where he is to be released. As directed in the first Standard Condition of Supervision, the defendant must report to the probation office in the Eastern District of New York, where he is authorized to reside, within 72 hours of his release from custody in the Eastern District of New York, unless the probation office instructs the defendant to report to a different probation office or within a different time frame.

The Clerk is respectfully requested to mail a copy of this Order to the defendant and to note mailing on the docket. The Clerk is also requested to email a copy of this Order to davidrhymes98@gmail.com and tralo143@aol.com.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 23, 2026**

**John G. Koeltl**
**United States District Judge**