**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

**- against -**

**MERVIN RHYMES,**

**Defendant.**

**25-cr-244 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The Government and the Probation Office for the Eastern District of New York that is supervising the defendant do not oppose the defendant's application for early termination of supervised release. The defendant, having shown good cause for the early termination of supervised release, should be granted the early termination of supervised release. Therefore, the defendant's application for an early termination of supervised release is **granted.**

**SO ORDERED.**

**Dated:** **New York, New York**
**August 21, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**